BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN RE: SEARCH WARRANT AUTHORIZED TO SEARCH:<br><br>19910 CORTE PRIMERO, SONORA, CALIFORNIA 95370 | CASE NO. 1:13-sw-0293-SAB<br><br>SEALING ORDER<br><br>**UNDER SEAL** |
|---|---|

The United States having applied to this Court for an order permitting it to file under seal the search warrant, search warrant application and affidavit in the above-captioned proceedings, and good cause appearing thereof,

IT IS SO ORDERED, that the search warrant, search warrant application and affidavit in the above-entitled proceedings, shall remain under seal and shall not be disclosed pending further order of this Court.

Dated: November 5, 2013

_____
STANLEY A. BOONE
United States Magistrate Judge

SEALING ORDER                                    1