IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>19910 CORTE PRIMERO, SONORA, CA 95370 | CASE NO.  1:13-SW-00293-SAB<br><br>ORDER TO UNSEAL SEARCH WARRANT |

The Search Warrant, application, affidavit, and supporting documents filed in this case at Documents 1-4 having been sealed by order of this Court, and it appearing based on the government's motion, there is good cause to unseal the Search Warrant, application, affidavit, and supporting documents.

IT IS HEREBY ORDERED that the Search Warrant, application, affidavit, and supporting documents filed at Documents 1-4 be unsealed and made public record.

DATED: August 28, 2024          BY  _____
                                    STANLEY A. BOONE
                                    United States Magistrate Judge

1